**Amy W. Skinner, Esq.**
138 W. James Street
Wills Point, TX 75169

Phone: (903) 873-8556
Bar Number: 18469020

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: §
(H) **Olga M. Melendez** § CASE NO:
(W) §
  Debtor(s) §
§

FOR CLERK'S USE ONLY

## DEBTOR'S PRELIMINARY CHAPTER 13 PLAN     DATED: 6/30/2005 .

| TRUSTEE'S NOTES: | | | |
|---|---|---|---|
| | | Date Case Filed | **7/1/2005** |
| | | Type of Payment 1=Annual, 2=Semi-Annual 4=Quarterly, 12=Monthly | **12** |
| | | First Payment Due | **8/15/2005** |
| H&W Monthly Take Home Pay | **$2,620.00** | Periodic Payment Amount | **$432.00** |
| Less Expenses | **$2,190.64** | Number of Plan Payments | **60 months** |
| Equals Surplus | **$429.36** | Equals Base Plan Amount | **$25,920.00** |
| | | Calculated Amount | **$25,920.00** |
| Total Debtor Attorney Fees | **$2,000.00** | Noticing Fees: # of Notices X 1 The Trustee shall be allowed to collect noticing fees from the first distribution to creditors. | **33** |
| Attorney Fees paid by Trustee (Gross amount paid including interest, if any) | **$2,000.00** | | |
| | | Rate | **$1.05** |
| Total Filing Fees of $194.00 with | **$0.00** paid by Trustee | Total Noticing Fees | **$34.65** |

**HOME MORTGAGE:**

Regular mortgage payments on all liens to be paid "Direct" by Debtor beginning on _____**N/A**_____.
Arrearages are to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| Betty Price Tax Assessor | $6,031.38 | | 6% | 1-60 | 60 | Pro-Rata |
| Centex Home Equity Corp | $1,500.00 | | 10% | 1-60 | 60 | Pro-Rata |
| Centex Home Equity Corp | $8,000.00 | | 8% | 1-60 | 60 | Pro-Rata |

**SECURED CREDITORS:**

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | # of Pmts. | CD | Periodic Payment Amount |
|---|---|---|---|---|---|---|---|---|
| Citifinancial | Furniture | $1,280.00 | $600.00 | 8% | 1-60 | 60 | 1 | Pro-Rata |
| Harris Crossing HOA | HOA Dues Arrearage | $869.34 | $869.34 | 6% | 1-60 | 60 | 1 | Pro-Rata |
| Tide Water | Furniture | $853.16 | $400.00 | 8% | 1-60 | 60 | 1 | Pro-Rata |

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) Olga M. Melendez
(W)
(C#)

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 2*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Centex Home Equity Corp | 605 Silvertop, Arlington, TX | $14,750.04 | $160,300.00 | 10% | N/A | N/A | 0 $189.92 (Direct) |
| Centex Home Equity Corp | 605 Silvertop, Arlington, TX | $133,106.80 | $145,549.96 | 8% | N/A | N/A | 0 $1,051.72 (Direct) |

CD....... 0 = Direct or Surrender, 1 = Paid by Trustee   *(Any Deficiency will automatically be bifurcated or "split" and included in the unsecured class)*

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |
| | | | No |

**PRIORITY CREDITORS:**

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| Texas Workforce Commission | $0.00 | $391.00 | 0% | 1-60 | 60 | Pro-Rata |

**SPECIAL CLASS UNSECURED CREDITORS:**

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|

**GENERAL UNSECURED CREDITORS:**

The general unsecured creditors, listed below, will receive an estimated _____**0%**__ of their claims, or a pro rata share of Total Payments (Base Plan Amount) shown above, after all of the above claims are paid in full.

| Name | Note | Amount |
|---|---|---|
| AMCA | | $182.71 |
| Anesthesia Consultants | | $283.00 |
| Asset Acceptance | | $691.50 |
| Citifinancial | *Deficiency* | $680.00 |
| Collectech Systems | | $448.21 |
| Doctors Reporting Service | | $217.03 |
| GC Services | | $414.82 |
| M.R.S. Associates | | $3,495.56 |
| Mary Shiels Hospital | | $255.57 |
| Medical Debt Management | | $243.05 |
| NCO Financial | | $143.16 |
| OSI Collection | | $174.00 |
| Portfolio Recovery Assoc. | | $3,123.43 |
| Prime Financial | | $176.00 |
| Prime Financial | | $480.55 |
| PRM Financial Services | | $1,047.25 |
| Southeast Receivables, Inc. | | $969.77 |
| Thomas Jolas, PC | | $156.77 |
| Tide Water | *Deficiency* | $453.16 |
| | Total Unsecured Debt ---> | **$13,635.54** |

The total of all unsecured debt, including deficiencies is _____**$13,635.54**__ with _____**$3.89**__ paid to the unsecured creditors.

(H) **Olga M. Melendez**
(W)
(C#)

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 3*

**COMPUTATION OF REQUIRED PLAN PAYMENTS:**

|  | Total Amounts | Total Payments with Interest (Gross amount to be disbursed) |
|---|---:|---:|
| Filing Fees | $0.00 | $0.00 |
| Noticing Fees | $34.65 | $34.65 |
| Debtor Attorney Fees | $2,000.00 | $2,000.00 |
| Home Mortgage Arrears | $15,531.38 | $18,674.51 |
| Secured Claims | $1,869.34 | $2,227.42 |
| Priority Claims | $391.00 | $391.00 |
| Special Class Unsecured Claims | $0.00 | $0.00 |
| General Unsecured Claims | $13,635.54 | $3.89 |
| **Totals** | **$33,461.91** | **$23,331.47** |

| | | | | |
|---|---:|---|---|---:|
| With Zero to Unsecureds | $25,916.11 | Trustee Fees | | $2,588.54 |
| Base Plan Amount | $25,920.00 | __10__ % of Total Payments (less filing & noticing fees) | | |
| Available for Unsecureds | $3.89 | Total Payments<br>Total distribution + Trustee Fees + Filing & Notice Fees | | $25,920.01 |
| Unsecured Percentage<br>Computed on Base Plan Amount | 0% | Required Periodic Payment<br>to Achieve Unsecured Percentage | | $432.00 |

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Olga M. Melendez**
(W)
(C#)

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 4*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing PRELIMINARY CHAPTER 13 PLAN was served upon the following parties of interest:

and all parties and creditors listed on the original mailing matrix and any amended mailing matrix.

DATED: 07/01/2005

   /s/ Amy W. Skinner
**Amy W. Skinner**